

# Fourth Court of Appeals
## San Antonio, Texas

April 27, 2020

No. 04-19-00788-CR

Frank Coty **FALZON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR3240
Honorable Ron Rangel, Judge Presiding

# O R D E R

Appellant's motion for extension of time is GRANTED. Appellant's brief is due May 22, 2020. No further extensions will be granted.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of April, 2020.

_____
Michael A. Cruz,
Clerk of Court